**Oscar Alfredo ACOSTA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–73000.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 27, 2006.*

Filed Dec. 1, 2006.

Kate L. Raynor, Encino, CA, for Petitioner.

District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Song Park, Esq., M. Jocelyn Wright, U.S. Department of Justice, Washington, DC, for Respondent.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary disposition is granted. The Board of Immigration Appeals ("BIA") did not abuse its discretion in denying petitioner's motion to reopen. *See Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1222 (9th Cir.2002) (BIA's denial of a motion to reopen is reviewed for abuse of discretion); *United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam). All other pending motions are denied as moot.

The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

